UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CUSIMANO, as Administrator of the Estate of CLARA CUSIMANO,

Plaintiff,

-v-

EASTCHESTER REHABILITATION AND HEALTH CENTER,

Defendant.

22cv6453 (DLC)

ORDER

DENISE COTE, District Judge:

On August 3, 2022, the defendant moved to stay this action pending the resolution of two cases before the U.S Court of the Appeals for the Second Circuit. On August 8, the defendant filed a brief in support of their motion. On August 11, the plaintiff filed an opposition. Accordingly, it is hereby

ORDERED that the defendant's motion to stay this action is granted. This action is stayed pending the resolution of Rivera-Zayas v. Our Lady of Consolation, No. 21-2164 and Leroy v. Hume, Nos. 21-2158, 21-2159 before the U.S. Court of Appeals for the Second Circuit.

IT IS FURTHER ORDERED that within a week of the disposition from the Second Circuit, the parties shall submit a joint letter indicating the decision's bearing on this case.

Dated: New York, New York
August 29, 2022

DENISE COTE
United States District Judge