```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JOSEPH CUSIMANO, as Administrator of     :
the Estate of CLARA CUSIMANO,            :
                                         :
                        Plaintiff,       :
                                         :        22cv6453 (DLC)
            -v-                          :
                                         :            ORDER
EASTCHESTER REHABILITATION AND HEALTH    :
CENTER,                                  :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 29, 2022, this action was stayed pending the resolution of Rivera-Zayas v. Our Lady of Consolation, No. 21-2164 and Leroy v. Hume, Nos. 21-2158, 21-2159 before the U.S. Court of Appeals for the Second Circuit, and the parties were ordered to submit a joint letter indicating the decisions' bearing on this case within a week of the cases' dispositions. On April 13, 2023, the Second Circuit issued its decisions in Rivera-Zayas and Leroy. Accordingly, it is hereby

ORDERED that by **April 20, 2023,** the parties shall submit a joint letter indicating the decisions' bearing on this case.

Dated:   New York, New York
         April 13, 2023

                                    _____
                                         DENISE COTE
                                    United States District Judge